# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**PHILIP LAMONT SHAVERS,**

      CASE NO. 2:20-CV-1034
   Petitioner,      JUDGE EDMUND A. SARGUS, JR.
      Chief Magistrate Judge Elizabeth P. Deavers

   v.

**WARDEN, FRANKLIN COUNTY CORRECTIONAL CENTER, II,**

   Respondent.

## ORDER

On March 2, 2020, the Magistrate Judge issued a Report and Recommendation pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts recommending that this action be dismissed as barred by the one-year statute of limitations. (ECF No. 4.) Although the parties were advised of the right to file objections to the Magistrate Judge's Report and Recommendation, and of the consequences of failing to do so, no objections have been filed.

The Report and Recommendation (ECF No. 4) is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.**

Petitioner has waived the right to appeal by failing to file objections. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Therefore, the Court **DECLINES** to issue a certificate of appealability.

   **IT IS SO ORDERED.**

**4/17/2020**                           *s*/Edmund A. Sargus, Jr.
**Date**                                   EDMUND A. SARGUS, JR.
                                          UNITED STATES DISTRICT JUDGE